**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WEILER and TAYLOR WEILER,<br><br>Plaintiffs,<br><br>    vs.<br><br>U.S. BANCORP; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC and DOES 1-10 inclusive,<br><br>Defendant(s). | CASE NO.<br><br>2:25-cv-04026-SVW-AJR<br><br>[PROPOSED] ORDER TO DISMISS |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Date: February 19, 2026

_____
Honorable Judge Stephen V. Wilson